UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
-v-                                                                     :       25-CR-283 (PAE)
:
ALI RASHAN,                                                             :       SCHEDULING ORDER
:
Defendant.                                                              :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **September 29, 2025** at **2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Trial in this case is scheduled for **May 11, 2026** at **9:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **September 29, 2025**.

SO ORDERED.

Dated: June 26, 2025
       New York, New York

                                              _____
                                              PAUL A. ENGELMAYER
                                              United States District Judge