

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 29, 2025

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ali Rashan*, 25 Cr. 283 (PAE)

Dear Judge Engelmayer:

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. The undersigned is departing the U.S. Attorney's Office for other employment.

                              Respectfully submitted,

                              ~~DAMIAN WILLIAMS~~
                              United States Attorney

                    by: /s/
                       Rushmi Bhaskaran
                       Assistant United States Attorney
                       (212) 637-2439

cc: Defense Counsel (by ECF)

GRANTED. The Clerk of Court is requested to terminate the motion at Dkt. No. 12.

7/30/2025

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge