UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                -v-

ALI RASHAN,

                    Defendant.

25-CR-283 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

        For the reasons stated on the record at yesterday's conference, the Court hereby sets the following schedule and deadlines:

- Any motions to dismiss shall be filed by **October 17, 2025**.

- Responses to any motions to dismiss shall be filed by **October 31, 2025**.

- Replies to any motions to dismiss shall be filed by **November 7, 2025**.

- A joint letter outlining potential motions for asserted *Brady* material, a bill of particulars, and/or expert opinion testimony shall be filed by **November 7, 2025,** and shall provide for briefing on motions relating to expert testimony to be complete by March 2, 2026.

- The next conference in this case is scheduled for **November 13, 2025** at **2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), to **November 13, 2025**.

1

SO ORDERED.

Paul A. Engelmeyer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 30, 2025
New York, New York