UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :
          v.                              :        Case No. 1:25-cr-00283-PAE-1
                                          :
                                          :
          Ali Rashan                      :
          Defendant                       :
                                          :
-------------------------------------------------------------X
```

## ORDER

**IT IS ORDERED:**  The defendant's conditions of release shall be modified to include mental health evaluation and treatment.

Date:  _____Dec 22, 2025_____                _____Paul A. Engelmayer_____

Paul A. Engelmayer
United States District Judge