

**JARROD L. SCHAEFFER**
646-970-7339 (direct dial)
jschaeffer@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

February 19, 2026

**By ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> **Re:**   *United States v. Ali Rashan*, **25 Cr. 283 (PAE)**

Your Honor:

We represent Dr. Rashan in the above-referenced matter and write respectfully to request a temporary modification of his conditions of release in order to permit him to retrieve his passport for an upcoming appointment with the New York Department of Motor Vehicles ("DMV") to renew his driver's license and obtain a REAL ID. Dr. Rashan currently has an appointment at the DMV's midtown Manhattan location in the morning on March 5, 2026. With the Court's permission, Dr. Rashan would retrieve his passport from Pretrial Services on the morning of the appointment and return it that same afternoon following his appointment.

We have conferred with the assigned Pretrial Services Officer and the government, both of whom have no objection to this request. Accordingly, we respectfully request that the Court modify Dr. Rashan's conditions of release to permit him to retrieve his passport on March 5, 2026, and return it to Pretrial Services later that day.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Jarrod L. Schaeffer*

Jarrod L. Schaeffer

ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7339
jschaeffer@aellaw.com

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

February 19, 2026
New York, New York