UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALI RASHAN,

                    Defendant.

25 CR. 283 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the parties' motions *in limine*. Dkts. 42–47. The reports of Dr. Amy Turner, Dkt. 42-1 at 2, and Dr. Sheila Chambers, Dkt. 42-2 at 2, each of whom is an expert the Government proposes to call, each state a curriculum vita (CV) is attached to their report. However, neither report, as produced to the Court in redacted or unredacted form, attaches a CV. The Court directs the Government to either identify an existing docket entry that contains the CVs that were attached to the experts' reports or to file them on the docket forthwith.

The report of the defense's proposed expert, David Duhaime, does not reference a CV; the Court assumes that none was furnished to the Government with his expert report.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 2, 2026
       New York, New York