

**JARROD L. SCHAEFFER**
646-970-7339 (direct dial)
jschaeffer@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

April 2, 2026

**By ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

     **Re:**    *United States v. Ali Rashan*, 25 Cr. 283 (PAE)

Your Honor:

We represent Dr. Rashan in the above-referenced matter and write respectfully in connection with the Court's order dated April 2, 2026.  The Court is correct that a copy of Mr. Duhaime's curriculum vitae ("CV") was not previously appended to his expert report.  In order to further aid the Court and the government, the defense has supplemented its expert disclosures to include Mr. Duhaime's current CV.  A copy of that supplemental disclosure is appended here for the Court's consideration.

We thank the Court for its attention to this matter.

     Respectfully submitted,

*Jarrod L. Schaeffer*

Jarrod L. Schaeffer
ABELL ESKEW LANDAU LLP

256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7339
jschaeffer@aellaw.com

*Counsel to Ali Rashan, M.D.*