UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALI RASHAN,

Defendant.

25 CR. 283 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The defense late yesterday submitted—well after the completion of briefing on the Government's pending motion to exclude defense expert witness David Duhaime—Mr. Duhaime's curriculum vitae (CV), which the defense acknowledges was not appended to his expert report. Dkt. 50. The defense filed this submission in response to the Court's order yesterday noting that, in contrast to the Government's expert witnesses, there was no reference to such a CV in Mr. Duhaime's expert report. Dkt. 48.

The Court directs the Government to file a letter addressing (1) whether the defense had otherwise previously furnished Mr. Duhaime's CV to the Government, and if so, when and by what means; (2) if not, whether Mr. Duhaime's CV may properly be considered on the pending motion to exclude his testimony, given that it was first submitted after the completion of briefing; and (3) if the CV is considered, the Government's assessment of it. The Government's letter is due Monday, April 6, 2026. Upon review of that letter, the Court will determine how to proceed, including whether to convene a *Daubert* hearing as to Mr. Duhaime.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 3, 2026
       New York, New York