

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 8, 2026

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Ali Rashan*, 25 Cr. 283 (PAE)

Dear Judge Engelmayer:

      The Government writes on behalf of the parties to respectfully request that the deadlines in this case currently set for Friday, April 10, be adjourned to Monday, April 13.  The parties are engaged in plea discussions and anticipate being in a position to advise the Court whether a plea agreement has been reached in principle by no later than this Friday.  The parties appreciate the Court's consideration of this request for limited additional time to continue these discussions.

            Respectfully submitted,

            SEAN S. BUCKLEY
            Attorney for the United States,
            Acting under Authority
            Conferred by 28 U.S.C. § 515

      by: /s/_____
            Timothy V. Capozzi
            Jackie Delligatti
            Qais Ghafary
            Assistant United States Attorneys

cc: Defense Counsel (by ECF)

            GRANTED.

            *Paul A. Engelmayer*
           _____
            PAUL A. ENGELMAYER
            United States District Judge

          Dated: April 9, 2026
             New York, New York