UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

         - v. -

ALI RASHAN

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:      CONSENT PRELIMINARY ORDER
:      OF FORFEITURE/
:      <u>MONEY JUDGMENT</u>
:
:      S1 25 Cr. 283 (PAE)
:
:

WHEREAS, on or about 4/17/26 ALI RASHAN (the "Defendant"), was charged in a two-count Information, S1 25 Cr. 283 (PAE) (the "Information"), with conspiracy to commit healthcare fraud, in violation of Title 18, United States Code, Section 371 (Count One); and making false statements relating to health care matters, in violation of Title 18, United States Code, Section 1035 (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), any and all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information;

WHEREAS, on or about 4/17/26, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7),

a sum of money equal to $24,486,238 in United States currency, representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $24,486,238 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Sean S. Buckley, Attorney for the United States, Assistant United States Attorneys Timothy V. Capozzi, Jaclyn Delligatti, and Qais Ghafary, of counsel, and the Defendant and his counsel, David M. Eskew Esq., Jarrod L. Schaeffer, Esq., and Anna Skotko, Esq. that:

1.      As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $24,486,238 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ALI

RASHAN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

SEAN S. BUCKLEY
Attorney for the United States
Southern District of New York
Acting under Authority
Conferred by 28 U.S.C. § 515

By:  _____          4/17/26
      Timothy Capozzi / Jaclyn Delligatti / Qais Ghafary      DATE
      Assistant United States Attorneys
      26 Federal Plaza
      New York, NY 10278

ALI RASHAN

By:  _____          4/17/26
      Ali Rashan                                DATE

By:  _____          4/17/26
      David M. Eskew, Esq.                      DATE
      Jarrod L. Schaeffer, Esq.
      Abell Eskew Landau LLP
      256 5th Ave., 5th Floor
      New York, NY 10001

      Anna Skotko, Esq.
      SKOTKO LAW PLLC
      29 Broadway, Floor 31
      New York, NY 10006
      Attorneys for the defendant

SO ORDERED:

_____          4/17/26
HONORABLE PAUL A. ENGELMAYER             DATE
UNITED STATES DISTRICT JUDGE